AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
4:31 pm Jun 25 2020
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

United States of America )
v. )
Timothy James Goodner )  Case No.
) 1:20 MJ 9169
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 30, 2020 in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 844(i) | maliciously damages or destroys, or attempts to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

*Complainant's signature*

ATF SA Matthew Hartnett
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 06/25/2020



*Judge's signature*

City and state: Cleveland, Ohio

U.S. Magistrate Judge William H. Baughman
*Printed name and title*