AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| --- | --- |
| v. | ) |
| Timothy James Goodner | ) Case No. 1:20 MJ 9169 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Timothy James Goodner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 844(i) - maliciously damages or destroys, or attempts to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce

Date: 06/25/2020

*Issuing officer's signature*

City and state: Cleveland, Ohio

Magistrate Judge William H. Baughman, Jr.
*Printed name and title*

### Return

This warrant was received on *(date)* 6/25/2020, and the person was arrested on *(date)* 6/25/2020
at *(city and state)* Cleveland, Ohio.

Date: 6/25/2020

*Arresting officer's signature*

Matthew Hartnett ATF SA 4974
*Printed name and title*

FILED
2:47 pm Jun 26 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland